FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 06 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Nancy LaDon McCown
7510 Indiana Ave., Apt. 6
Little Rock, AR  72207

NANCY LADON MCCOWN, PROPRIA PERSONA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

NANCY LADON MCCOWN

   Plaintiff(s)

vs.

SANTANDER CONSUMER USA

   Defendant(s)

Case No.: 4:19cv172-JM

PETITION FOR VIOLATION OF FAIR CREDIT REPORTING ACT, FAIR DEBT COLLECTION PRACTICE ACT, DEFAMATION SLANDER/LIABLE AND FRAUD

JURY TRIAL REQUESTED

This case assigned to District Judge Moody
and to Magistrate Judge Deere

  COMES NOW, Plaintiff Nancy LaDon McCown and files this Petition in Violation of the Fair Credit Reporting Act, Fair Debt Collection Practice Act, Defamation, Slander/Liable and Fraud.

**JURISDICTION**

  This District Court has subject matter jurisdiction over this case pursuant to 28 U. S. C. Section 1331.

**FACTS**

  On April 5, 2018, Plaintiff received a statement from Defendant SANTANDER CONSUMER USA stating you had purchased my debt for the purchase of a 2009 Ford Taurus from BMW Financial Services and you had no interest in the original debt making your status that of a mere volunteer.

- 1 -
PETITION FOR VIOLATION OF FAIR CREDIT REPORTING ACT, FAIR DEBT COLLECTION PRACTICE ACT, DEFAMATION, SLANDER/LIABLE AND FRAUD.

On June 15, 2018, Plaintiff disputed the debt and requested that Defendant validate the debt. On September 13, 2018, Plaintiff sent a QWR to Defendant disputing the debt and further requesting the Defendant to validate the debt. Proof of each assignment pursuant to U. C.C. § 9-406(c). Proof of a "wet ink" signature of any contract between Plaintiff and Defendant. Defendant has not produced the account and general ledger statement showing the full accounting of the alleged obligation. Defendant after several reasonable requests and attempts has also failed to provide a copy of a valid contract between SANTANDER CONSUMER USA and Nancy LaDon McCown in an attempt to defraud Plaintiff of money and property.

Plaintiff is seeking damages in the amount of $23,780.00 and title to her 2009 Ford Taurus.

WHEREFORE, premised considered, this Court grant this request and any and all other relief to which she is entitled. After such consideration be the court direction to allow the Plaintiff to replead her claims.

DATED: March 4, 2019                                  Respectfully submitted,

*[signature]*
Nancy LaDon McCown, Propria Persona
7510 Indiana Ave., Apt. 6
Little Rock, AR 72207

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been sent via certified mail, return receipt to the following on the ___6th___ day of ___March___, 2019.

*[signature]*
Nancy LaDon McCown, Propria Persona

Santander Consumer USA
c/o Registered Agent
The Corporate Company
124 W. Capital Avenue, Suite 1900
Little Rock, AR 72201

-2-
PETITION FOR VIOLATION OF FAIR CREDIT REPORTING ACT, FAIR DEBT COLLECTION PRACTICE ACT, DEFAMATION, SLANDER/LIABLE AND FRAUD.