# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

NANCY LaDON McCOWN                                         **PLAINTIFF**

**VS.**                      **CASE NO. 4:19CV00172 JM**

**SANTANDER CONSUMER USA**                     **DEFENDANT**

## ORDER

On motion of Plaintiff, this action is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2019.

_____
James M. Moody Jr.
United States District Judge